IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHAWN M. McCLELLAN                                                                          PLAINTIFF

V.                                                  NO. 14-3125

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security Administration                       DEFENDANT

## **MEMORANDUM OPINION**

On December 22, 2014, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) denying his application for disability benefits under the provisions of the Social Security Act. (Doc. 1).

On June 19, 2015, Plaintiff filed a motion requesting that her case be dismissed. **(Doc. 9).** Defendant did not file a response.

Based on the above, the Court hereby **grants** Plaintiff's motion and dismisses Plaintiff's case with prejudice.

IT IS SO ORDERED this 7th day of July, 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE